UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

v. Case No. 2:22-mj-1148-KCD

**ANDREW JOHNSON**

---

| | | | |
|---|---|---|---|
| **Judge:** | Kyle C. Dudek | **Counsel for Government** | Simon Eth |
| **Deputy Clerk:** | Wendy Winkel | **Counsel for Defendant:** | Yvette Gray |
| **Court Reporter** | Digital | **Pretrial/ Probation** | Ruben Fournier |
| **Date/Time** | December 7, 2022 2:35 PM | **Interpreter** | |
| **Bench Time** | 16 minutes | | |

**Initial Appearance - Rule 5 (c)**

Court advised Defendant of rights. Federal Public Defender appointed for this hearing only based on financial affidavit.

Government summarized allegations and penalties. Government is not seeking detention. No objection from the Defendant. Court orders Defendant released on conditions.

Defendant waives Identity Hearing. Court orders Defendant removed to the District of Columbia.

Oral DPPA order.